1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIANS FOR ALTERNATIVES
     TO TOXICS, et al.,

12
                              Plaintiffs,
13
          v.                                    CIV. NO. S-00-2016 LKK/JFM
14
     MICHAEL DOMBECK, et al.,
15
                              Defendants.
16   _____/

17   FOREST ISSUES GROUP, et al.,

18                            Plaintiffs,

19        v.                                    CIV. NO. S-05-1522 LKK/JFM

20   STEVEN EUBANKS, etc., et al.,              RELATED CASE ORDER

21                            Defendants.

22   _____/

23        The  court  has  received  the  Notice  of  Related  Cases  filed

24   August 1, 2005.  Examination of the above-entitled actions reveals

25   that both actions are related within the meaning of Local Rule 83-

26   123(a), E.D. Cal. (1997).

1    Because the cases are already assigned to the same district

2  judge and magistrate judge as the earlier-filed case, this order is

3  issued for informational purposes only and shall have no effect on

4  the status of the cases.

5    IT IS SO ORDERED.

6    DATED:  August 4, 2005.

7

8                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
9                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26