```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  FOREST ISSUES GROUP; CALIFORNIA
    NATIVE PLANT SOCIETY; CALIFORNIA
12  INDIAN BASKETWEAVERS ASSOCIATION;
    SIERRA CLUB – MOTHER LODE CHAPTER;
13  SIERRA FOOTHILLS AUDOBON SOCIETY;
    and SOUTH YUBA RIVER CITIZENS
14  LEAGUE, non profit organizations,
                                          NO. CIV. S-05-1522 LKK/JFM
15
              Plaintiffs,
16
         v.                                       O R D E R
17
    STEVEN EUBANKS, in his official
18  capacity as Forest Supervisor;
    SAM WILBANKS, in his official
19  capacity as District Ranger; and
    UNITED STATES FOREST SERVICE,
20
              Defendants.
21                                    /
```

22   Pursuant to court order, a Status (Pretrial Scheduling)

23 Conference is set for October 11, 2005 in the above-captioned case.

24 The court is in receipt of the parties' status report and request

25 to continue the Status Conference to coincide with a previously-set

26 Status Conference in a related case, <u>Californians for Alternatives</u>

1

to <u>Toxics v. United States Forest Service</u>, Civ. S-05-1502.  In their request, the parties suggest advancing the Status Conference in 05-1502 and continuing the Status Conference in this case to occur together in the second week of November.  Due to congestion in the court's calendar, that request cannot be accommodated.

Accordingly, the Status Conference in the above-captioned case is CONTINUED to December 5, 2005, at 10:30 a.m. in Courtroom No. 4, to be held concurrently with the Status Conference in Civ. S-05-1502.

IT IS SO ORDERED.

DATED:  October 6, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT